

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|                                       |   |                                       |
|---------------------------------------|---|---------------------------------------|
|                                       | § |                                       |
| IN THE INTEREST OF J. A. N., A CHILD, | § | No. 08-17-00066-CV                    |
|                                       | § | Appeal from the                       |
| Appellant.                            | § | 388th District Court                  |
|                                       | § | of El Paso County, Texas              |
|                                       | § | (TC# 2015DCM5440)                     |
|                                       | § |                                       |

**O R D E R**

The Court GRANTS Dee Anne Boyd's request for an extension of time within which to file the Reporter's Record until **February 16, 2018.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Dee Ann Boyd, Court Reporter for the 388th District Court for El Paso County, Texas, prepare the Reporter's Record and forward the same to this Court on or before February 16, 2018.

IT IS SO ORDERED this 12th day of February, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.